UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEXON INSURANCE COMPANY )
)
        Plaintiff, )
)
v. ) Civil Case No. 1:21-01531-JMC
)
ALLYSSA PHILLIP, ET AL. )
)
        Defendants. )
)

## ORDER
**(Disbursing Funds; Dismissing Case with Prejudice)**

THIS MATTER comes before the Court on the Parties' Joint Motion for Interpleader Disbursement. Based on the Motion, the Court ORDERS that the Clerk shall disburse to Counsel of answering Defendants the deposited interpled monies as follows:

| **Alexander Winton & Associates (Federal ID: 82-4836915)**<br>c/o Nick R. Hoogstraten<br>PECKAR & ABRAMSON, P.C.<br>2055 L Street, NW, Suite 750<br>Washington, DC 20036 | **Payment Amount** |
|---|---|
| ABC Rapid Transport LLC | $8,517.76 |
| ACD Logistics Inc | $851.77 |
| Ayda Transport LLC | $808.10 |
| Coastliner Trans LLC | $655.21 |
| E&E Transport, LLC | $2,686.37 |
| Farrell Transport, LLC | $2,664.53 |
| Fourwide Transportation LLC | $3,494.46 |
| FSX LLC | $851.77 |
| Galvan National Carriers, LLC | $10,221.31 |
| GP Trans, Inc. | $808.10 |
| GTR Trans LLC | $480.49 |
| Hauling Hass Transport LLC | $502.33 |
| Hunt Transport LLC | $960.98 |
| Irish Express, Inc. | $611.53 |
| JF Express FR8 LLC | $436.81 |
| Joel Pingeon Trucking Inc. | $851.78 |

| | |
|---|---:|
| Jubilee Trucking Inc | $851.78 |
| Julio Lozano Jr. dba JL Valley Carrier | $2,555.33 |
| KAD Group Logistics Inc | $611.53 |
| Koellen Trucking LLC | $1,550.67 |
| Levi Enterprize LLC | $851.78 |
| LJ Transport Express LLC | $2,162.20 |
| LST Express Inc | $1,092.02 |
| McSheer Truck'In, LLC | $6,814.21 |
| National Service Transport LLC | $851.78 |
| Old South Freight Service, Inc | $2,577.17 |
| Pavel Turlak dba P T Express | $1,397.79 |
| R & G Trucking Services LLC | $851.78 |
| Segundo Boys Trucking LLC | $960.98 |
| SLR Express, Inc. | $851.78 |
| SMF Transportation Inc | $1,266.74 |
| SNM Logistics LLC | $655.21 |
| Starr One Inc | $917.30 |
| The Morning Stars Trans LLC | $655.21 |
| Top Truck LLC (via GH Factor, LLC) | $873.62 |
| Vanderveen Trucking Inc | $1,223.06 |
| Waletich Corporation dba Waletich Transportation | $851.78 |
| Zemu LLC | $1,485.15 |
| **Total** | **$67,312.17** |
| | |
| Ace Doran, LLC d/b/a<br>Ace Doran Hauling & Rigging Co. (Federal I.D. 45-2440256)<br>c/o Jessica Dawn Corace<br>Franklin & Prokopik<br>The B&O Building<br>2 N. Charles Street, Suite 600<br>Baltimore, MD 21201 | **$6,836.05** |
| | |
| L & S Transport, Inc. (Federal I.D. 800-247-682)<br>c/o Daniel Eric Cohen<br>The Cullen Law Firm, PLLC<br>1101 30th Street, NW, Suite 300<br>Washington, DC 20007 | **$851.78** |
| | |
| **Total Disbursed** | **$75,000.00** |

2

It is further ORDERED that Lexon Insurance Company be discharged from any and all further obligations and liability arising out of Bond No. 7721789.

The Court hereby DISMISSES WITH PREJUDICE all claims, with each party to bear its own fees and costs.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

Dated this 18th day of August, 2022.

_____
Jia M. Cobb
United States District Court Judge